1 | BENJAMIN B. WAGNER
United States Attorney
2 | DANIEL S. McCONKIE
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )
                                   )
12 |            Plaintiff,          )     NO.2:12-mj-190 EFB
                                   )
13 |      v.                        )     APPLICATION AND [PROPOSED] ORDER
                                   )     FOR UNSEALING COMPLAINT
14 | ELIAZAR ORTIZ MENDOZA,         )
                                   )
15 |            Defendant.          )
    _____)
16

17          On July 18, 2012, the complaint was filed in the above-

18 | referenced case.  Since the defendant has now been arrested, it is

19 | no longer necessary for the complaint to be sealed.  The government

20 | respectfully requests that the complaint and this case be unsealed.

21 | DATED: July 18, 2012                    Respectfully submitted,

22                                          BENJAMIN B. WAGNER
                                            United States Attorney
23

24                                      By:/s/ Daniel S. McConkie
                                            DANIEL S. McCONKIE
25                                          Assistant U.S. Attorney

26

27

28

1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )
12          Plaintiff,             )    NO. 2:12-mj-190 EFB
                                   )
13     v.                          )    ORDER
                                   )    UNSEALING COMPLAINT
14  ELIAZAR ORTIZ MENDOZA,         )
                                   )
15          Defendant.             )
    _____)
16

17      The government's request to unseal the Complaint and this case

18  is GRANTED.

19  SO ORDERED:

20  DATED: July 18, 2012            /s/Carolyn K. Delaney
                                    HON. CAROLYN K. DELANEY
21                                  United States Magistrate Judge

22

23

24

25

26

27

28